GEORGE C. NEWMAN, Appellant, *v.* DANIEL FISH et al., as Administrators, etc., Respondents.

(Argued March 18, 1884 ; decided April 29, 1884.)

*James Lansing* for appellant.

*A. C. Comstock* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.